UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERT J. LAGRAND,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-2056-CEM-RMN**

**HILDA MARTINEZ, SHONNA MCCRAY, CHRISTOPHER HAYWARD, LILLIAN COLLADO and BRENDA WOODBURY**

**Defendants.**
____________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 6), recommending that the Motion be denied without prejudice, that Plaintiff's Complaint (Doc. 1) be dismissed with leave to amend.[1]

[1] Following issuance of the R&R, Plaintiff filed an Amended Complaint (Doc. 7) and a Renewed Motion to Proceed *in Forma Pauperis* (Doc. 8). The Court will accept these as properly filed.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and made a part of this Order.
2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED without prejudice.**
3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**
4. Plaintiff's Amended Complaint (Doc. 7) and Plaintiff's Renewed Motion to Proceed *In Forma Pauperis* (Doc. 8) are accepted as properly filed.

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party